IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STACY GIELDA, Individually and as Special Administrator of the Estate of JANICE GIELDA, deceased, ) ) ) ) Plaintiff, ) ) -vs- ) ) RICHARD LOGSDON, PRE-STRIKE ) PEST MANAGEMENT, DANIEL ) FITZPATRICK, d/b/a PRE-STRIKE PEST ) MANAGEMENT and RICHARD HEDGER ) d/b/a PRE-STRIKE PEST MANAGEMENT, ) ) Defendants. ) | No. 10-CV-173-WDS |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 17, 2010, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     /s/*Cheryl A. Ritter*
         **Deputy Clerk**

Dated: 27 September 2010


APPROVED:     WILLIAM D. STIEHL
                            U. S. DISTRICT JUDGE