IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STACY GIELDA, Individually, and as Special Administrator of the Estate of JANICE GIELDA, deceased,<br><br>Plaintiff,<br><br>-vs-<br><br>RICHARD LOGSDON, et al.,<br><br>Defendants. | Case No: 3:10-CV-00173-WDS-CJP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Stacy Gielda, Individually, and as Special Administrator of the Estate of Janice Gielda, Deceased, hereby voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), in compliance with the Court's Order authorizing settlement of the wrongful death action [Doc. 24].

Respectfully submitted,

/s/ Patrick E. Foppe
PATRICK E. FOPPE   #06282882
ANDREW G. TOENNIES #06212112
KEVIN L. FRITZ   #6295633
Lashly & Baer, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939 – Telephone
(314) 621-6844 – FAX
or
20 East Main Street
Belleville, Illinois 62220
(618) 233-5587 – Illinois Telephone
pfoppe@lashlybaer.com
atoennies@lashlybaer.com
klfritz@lashlybaer.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served via the Court's electronic filing system on the 12th day of October, 2010, upon the following attorneys of record:

Roy L. Carnine, Esq.
Shane M. Carnine, Esq.
Campbell, Black, Carnine, Hedin,
  Ballard & McDonald, P.C.
P.O. Drawer C
Mt. Vernon, IL 62864
Attorneys for Defendants Richard Logsdon,
Daniel Fitzpatrick d/b/a Pre-Strike Pest Management and
Richard Hedger

/s/ *Patrick E. Foppe*